8962/PMK
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042
*Attorneys for Defendants*
HAPAG-LLOYD CONTAINER LINIE GMBH d/b/a
HAPAG-LLOYD CONTAINER LINE
HAPAG-LLOYD (AMERICA) INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, <br><br> Plaintiffs, <br><br> - against - <br><br> M/V "LONDON EXPRESS", her engines, tackle, boilers, etc.; HAPAG-LLOYD CONTAINER LINIE GMBH; HAPAG-LLOYD CONTAINER LINE; HAPAG-LLOYD (AMERICA) INC.; <br><br> Defendants. | 07 CV 3374 (Judge Lynch) <br><br> ECF CASE <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant HAPAG-LLOYD CONTAINER LINIE GMBH d/b/a HAPAG-LLOYD CONTAINER LINE; HAPAG-LLOYD (AMERICA) INC. certifies that upon information and belief this party has a corporate parent, TUI AG, which is publicly held.

Dated: New York, New York
        May 31, 2007

                                        CICHANOWICZ, CALLAN, KEANE,
                                        VENGROW & TEXTOR, LLP
                                        61 Broadway, Suite 3000
                                        New York, New York 10006
                                        *Attorneys for Defendants*
                                        HAPAG-LLOYD CONTAINER LINIE GMBH d/b/a
                                        HAPAG-LLOYD CONTAINER LINE
                                        HAPAG-LLOYD (AMERICA) INC.

                        By:    s/ Paul M. Keane
                               Paul M. Keane (PMK-5934)