David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com



COPY FOR
CHAMBERS

------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | ECF CASE |
| Plaintiff, | 07 Civ. 3374 (GEL) |
| - against - | **STIPULATION & ORDER OF DISCONTINUANCE** |
| M/V "LONDON EXPRESS", her engines, tackle, boilers, etc.; HAPAG-LLOYD CONTAINER LINIE GMBH; HAPAG-LLOYD CONTAINER LINE; HAPAG-LLOYD (AMERICA) INC.; | |
| Defendants. | |

------------------------------------------------x

A settlement agreement having been reached, it is hereby stipulated and agreed that this action is discontinued as to all parties pursuant to Rule 41 (a) (l)(ii) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

It is further stipulated and agreed that, if the settlement funds are not paid within sixty (60) days of the entry of this order, this action will be restored to the active docket of this Court upon letter application of plaintiff's counsel.

Dated: New York, New York
~~October~~ ___, 2007
November 15,

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

07 Civ. 3374 (GEL)
Stipulation & Order
of Discontinuance
Page 2

                                              LAW OFFICES,
                                              DAVID L. MAZAROLI

                                              David L. Mazaroli (DM 3929)
                                              Attorney for Plaintiff
                                              11 Park Place - Suite 1214
                                              New York, New York 10007
                                              Tel.: (212)267-8480
                                              Fax.: (212)732-7352
                                              E-mail: dlm@mazarolilaw.com
                                              File No.: 5G-1229

Cichanowicz, Callan, Keane
Vengrow & Textor, LLP
Attorneys for Defendants
Attorneys for Defendants
HAPAG-LLOYD CONTAINER LINIE GMBH
HAPAG-LLOYD CONTAINER LINE
HAPAG-LLOYD (AMERICA) INC.

By: _____
Paul M. Keane (PMK-5934
61 Broadway, Suite 3000
New York, New York 10006
Tel. (212)344-7042